UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-cr-00145-JDP |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS |
| v. | |
| WADE D. AMESBURY, | DATE: December 6, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Counts Two, Three, and Four of the Information in Case Number 2:21-cr-00145-JDP is GRANTED.

IT IS SO ORDERED.

Dated: December 7, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE