HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LINDA C. ALLISON, SBN #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
WADE DANIEL AMESBURY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WADE DANIEL AMESBURY,<br><br>Defendant. | Case No. 2:21-cr-00145-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING**<br><br>Date: September 19, 2022<br>Time: 10:00 a.m.<br>Magistrate Judge Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Alstyn Bennett, Assistant United States Attorney, counsel for Plaintiff; and Heather Williams, Federal Defender, through Assistant Federal Defender Linda Allison, counsel for Defendant Wade Daniel Amesbury **that the sentencing hearing scheduled for September 19, 2022 may be vacated and continued to October 3, 2022 at 11:00 a.m.**

Defense counsel requests additional time to consult with her client and prepare for sentencing.

The Government and Probation do not oppose the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 21, 2022        */s/ Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorneys for Defendant
DANIEL AMESBURY

Date: September 21, 2022       PHILLIP A. TALBERT
                               United States Attorney

                               */s/ Alstyn Bennett*
                               ALSTYN BENNETT
                               Assistant United States Attorney
                               Attorneys for Plaintiff

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS HEREBY ORDERED that the Sentencing hearing set for September 19, 2022 at 10:00 a.m. be continued to October 3, 2022 at 11:00 a.m.

Dated: September 21, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE